# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

**WILFRED GUY (#111795)**     **CIVIL ACTION**

**VERSUS**

**18-223-BAJ-RLB**

**JAMES LEBLANC, ET AL.**

### ORDER REGARDING MOTION TO PROCEED *IN FORMA PAUPERIS*

Considering the plaintiff's Motion for Leave to Proceed *In Forma Pauperis* filed in the above-captioned proceeding (R. Doc. 3),

**IT IS ORDERED** that the plaintiff's Motion (R. Doc. 3) be and is hereby **GRANTED** for the purpose of service of process by the United States Marshal's Office, as provided in Rule 4(c)(3) of the Federal Rules of Civil Procedure.

**IT IS FURTHER ORDERED** that the plaintiff's Motion (R. Doc. 3) be and is hereby **GRANTED** for the purpose of the filing fee. However, in accordance with 28 U.S.C. § 1915(b), all prisoners granted *in forma pauperis* status are assessed and are required to pay the full amount of the Court's filing fee ($350.00)[1]. The plaintiff is required to pay an initial partial filing fee and, thereafter, prison officials are required to forward monthly payments from the plaintiff's inmate account(s) until the entire filing fee is paid.

**IT IS FURTHER ORDERED** that, within twenty-one (21) days of the date of this Order, the plaintiff shall make an initial partial filing fee in the amount of $15.00 to the Clerk of this Court or this action shall be dismissed. It is the plaintiff's responsibility to pay the initial

---

[1] Although there is an additional $50.00 administrative fee associated with the filing of civil actions in the federal courts, this fee is not assessed where pauper status is granted under 28 U.S.C. § 1915.

CIB

partial filing fee.  The prison will NOT forward payment of the initial partial filing fee without the plaintiff's written authorization.

**IT IS FURTHER ORDERED** that, following the payment of the initial partial filing fee, the plaintiff shall make monthly payments of twenty (20) percent of the preceding month's income credited to his inmate account(s) until he has paid the total filing fee of $350.00.  The monthly amount shall automatically be collected from the plaintiff's account(s) and forwarded to the Court without further action by the plaintiff.

**IT IS FURTHER ORDERED** that, following the payment of the initial partial filing fee, the agency having custody of the plaintiff shall collect the monthly amount from the plaintiff's inmate account(s) and shall forward same to the Clerk of Court for the Middle District of Louisiana each time that the amount collected exceeds $10.00, until the $350.00 filing fee is paid.

**IT IS FURTHER ORDERED** that the Clerk of Court shall mail, or deliver by electronic means, a copy of this Order to the plaintiff, and to the Centralized Inmate Banking Section for the Louisiana Department of Public Safety and Corrections.

Signed in Baton Rouge, Louisiana, on April 18, 2018.

**RICHARD L. BOURGEOIS, JR.**
**UNITED STATES MAGISTRATE JUDGE**