UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

**WILFRED GUY**                                                     **CIVIL ACTION**

**VERSUS**

**NO. 18-223-BAJ-RLB**

**JAMES LEBLANC, in his official
capacity, ET AL.**

## AMENDED SCHEDULING ORDER

Considering the foregoing Unopposed Motion to Extend Non-Retained Expert Disclosure Deadline (R. Doc. 12) filed on January 4, 2019, and for good cause shown;

**IT IS ORDERED** that the Motion is **GRANTED**. In accordance with Rule 16(b)(4) of the Federal Rules of Civil Procedure, the deadlines for the disclosure of identities and resumés of non-retained experts are extended to **February 19, 2019 (for Plaintiff)** and **March 8, 2019 (for Defendants)**. All other deadlines remain unchanged.

Signed in Baton Rouge, Louisiana, on January 7, 2019.

_____
**RICHARD L. BOURGEOIS, JR.
UNITED STATES MAGISTRATE JUDGE**