UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

WILFRED GUY                                                 CIVIL ACTION

VERSUS

                                                                  NO. 18-223-BAJ-RLB

JAMES LEBLANC, in his official
capacity, ET AL.

## ORDER

In light of the district judge's orders resetting the trial and related pretrial deadlines (R.

Docs. 38, 39), the following deadlines are also reset:

1.   Deadline to file motions in limine: **February 20, 2020.**

2.   Deadline to file an affidavit of settlement efforts: **March 5, 2020.**

3.   Deadline to submit joint jury instructions, voir dire, verdict forms, and trial briefs
     to the presiding judge: **March 16, 2020.**

Signed in Baton Rouge, Louisiana, on November 4, 2019.


_____
   RICHARD L. BOURGEOIS, JR.
   UNITED STATES MAGISTRATE JUDGE